**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   RICHARD BAKER,                    No. C-09-4168 MMC

12              Plaintiff,             **ORDER CONTINUING CASE**
                                       **MANAGEMENT CONFERENCE**
13        v.

14   CHIN & HENSOLT, INC., et al.,

15              Defendants
     _____/

16

17        In light of the pendency of defendants' motion to dismiss, filed December 1, 2009

18   and noticed for hearing on January 8, 2010, the Case Management Conference, currently

19   scheduled for December 18, 2009 is hereby CONTINUED to March 5, 2010.  A Joint Case

20   Management Statement shall be filed no later than February 26, 2010.

21        **IT IS SO ORDERED.**

22

23   Dated: December 15, 2009

24                                       MAXINE M. CHESNEY
                                         United States District Judge
25

26

27

28