IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>CHIN & HENSOLT, INC., et seq.<br><br>    Defendants | No. C-09-4168 MMC<br><br>**ORDER VACATING JANUARY 8, 2010 HEARING ON DEFENDANTS' MOTION TO DISMISS, FOR A MORE DEFINITE STATEMENT, AND TO STRIKE** |

Before the Court is defendants Chin & Hensolt, Inc. and PQ Chin's motion, filed December 1, 2009, to dismiss plaintiff Richard Baker's First Amended Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for a more definite statement, pursuant to Rule 12(e), and to strike certain allegations, pursuant to Rule 12(f).  Plaintiff has filed opposition, to which defendants have replied.  Having considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for January 8, 2010.

**IT IS SO ORDERED.**

Dated: January 6, 2010

_____
MAXINE M. CHESNEY
United States District Judge