**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BAKER, | No. C 09-4168 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CHIN & HENSOLT INC., et al., | |
| Defendants. | |

On March 5, 2010, counsel for plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-entitled action. Counsel for defendants appeared. Additionally, counsel for plaintiff failed to provide a chambers copy of the Case Management Statement, which failure constitutes the third such failure by plaintiff's counsel to comply with General order 45 and this Court's Standing Orders. (See Second Order Directing Plaintiff to Submit Chambers copy, filed Jan. 28, 2010.)

Accordingly, counsel for plaintiff is hereby ORDERED TO SHOW CAUSE, in writing, filed with the Court and served on opposing counsel no later than March 12, 2009, why sanctions, including dismissal, should not be imposed for his failure to comply with Court orders and for failure to prosecute.

If counsel for plaintiff fails to timely respond to this Order, sanctions will be imposed, which sanctions may include dismissal of the action pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

In light of the above, the hearing on defendant's Motion to Dismiss, currently scheduled for March 12, 2010, is hereby CONTINUED to March 26, 2010.

**IT IS SO ORDERED.**

Dated: March 5, 2010

MAXINE M. CHESNEY
United States District Judge