IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD BAKER,

    Plaintiff,

  v.

CHIN & HENSOLT, INC., et al.,

    Defendants

                                         /

No. C-09-4168 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

      Before the Court is plaintiff's response, filed March 5, 2010, to the Court's March 5, 2010 order directing plaintiff to show cause why sanctions should not be imposed for his counsel's failure to appear at the March 5, 2010 Case Management Conference and for repeated failures to provide chambers copies of documents electronically filed by plaintiff.

      Having read and considered plaintiff's response, the Court finds the failure to appear to have been the result of an oversight and, under the circumstances presented, declines to impose sanctions for such failure.

      With respect to the repeated failures to provide chambers copies of electronically-filed documents, plaintiff does not explain why he, through counsel, did not provide such copies, but does assert such failures will not occur in the future. Although the Court will not impose sanctions for such failures at this time, any further failure to provide chambers copies will result in sanctions, including, but not limited to, striking from the record any

electronically-filed document of which a chambers copy has not been timely provided to the Court.

Accordingly, the order to show cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: March 12, 2010

MAXINE M. CHESNEY
United States District Judge