1  Cary S. Kletter
   Chloe Quail
2  Julieanna Vinogradsky
   KLETTER LAW FIRM
3  22 Battery Street, Suite 202
   San Francisco, CA 94111
4  T: 415.434.3400
5  F: 415.732.3791

6  Attorneys for Plaintiff
   RICHARD BAKER
7

8  Tad A. Devlin
   Mark Russell
9  Patrick Salceda
   GORDON & REES LLP
10 275 Battery Street, Suite 2000
   San Francisco, CA 94111
11

12 Attorneys for Defendants
   CHIN & HENSOLT, INC and PQ CHIN
13

14                    UNITED STATES DISTRICT COURT

15            FOR THE NORTHERN DISTRICT OF CALIFORNIA

16 RICHARD BAKER,                     ) CASE NO. CV-09 4168 (MMC)
                                      )
17                                    ) [PROPOSED] ORDER REGARDING
                  Plaintiff,          ) SUBSTITUTION OF PROPER PARTY
18                                    )
                                      )
19 v.                                 )
                                      )
20 CHIN & HENSOLT, INC.; PQ CHIN; CHIN & )
   HENSOLT, INC. PROFIT SHARING PLAN (in )
21 lieu of DOE No. 1) and DOES 2 THROUGH 20, )
                                      )
22              Defendants.           )

23

24
        WHEREAS Defendant PQ CHIN died in January 2010; and
25
        WHEREAS Plaintiff and Defendants have filed a stipulation agreeing that Defendant PQ
26
   CHIN may be replaced with the ESTATE OF PQ CHIN as a named defendant in this litigation for
27
   all purposes.
28

---
3
STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF PROPER PARTY

NOW THEREFORE it is Ordered that:

Defendant PQ CHIN shall be substituted by the ESTATE OF PQ CHIN as a named defendant in this litigation for all purposes, and all captions shall be amended accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 18, 2010      By /s/ Maxine M. Chesney
Hon. Maxine M. Chesney
JUDGE OF UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA